**Full docket text for document 24:**
ORDER: The Notice of Voluntary Dismissal (Doc. No. [23]) is hereby APPROVED. The case is DISMISSED without prejudice and without costs to any party. Accordingly, the Motion to Stay (Doc. No. [2]), the Motion to Certify Class (Doc. No. [2]) and the Motion to Dismiss (Doc. No. [22]) are each DENIED as moot. The Clerk shall close this case. It is so ordered. Signed by Judge Alvin W. Thompson on 5/19/17. (Rafferty, M.)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/15/2020 17:06:11 | | | |
| **PACER Login:** | jwoodard0096553 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 3:17-cv-00307-AWT |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |